## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWINA A. JOHNSON** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 13-5106** |
| **v.** | : | |
| | : | |
| **TESLA MOTORS, INC. and** | : | |
| **NICHOLAS J. TERRACCIANO** | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW,** this 30th day of October, 2013, upon consideration of Plaintiff Edwina A.

Johnson's Motion to Remand [ECF 6], and Defendants' Response in Opposition thereto [ECF

7], and for the reasons set forth in the Memorandum Opinion filed on this day, it is hereby

**ORDERED** that said motion is **GRANTED**, and this action is REMANDED to the Court of

Common Pleas of Philadelphia County for all further proceedings.

**BY THE COURT:**

*Nitza I. Quiñones Alejandro*

**NITZA I. QUIÑONES ALEJANDRO, J.**