IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWINA A. JOHNSON<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 13-5106 |
| v. | : | |
| | : | |
| TESLA MOTORS, INC. and<br>NICHOLAS J. TERRACCIANO<br>*Defendants* | : | |

# O R D E R

**AND NOW,** this 30th day of October, 2013, upon consideration of Plaintiff Edwina A. Johnson's Motion to Remand [ECF 6], and Defendants' Response in Opposition thereto [ECF 7], and for the reasons set forth in the Memorandum Opinion filed on this day, it is hereby **ORDERED** that said motion is **GRANTED**, and this action is REMANDED to the Court of Common Pleas of Philadelphia County for all further proceedings.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.